610

387 A.2d 112

Commonwealth ex rel. Forrest, Appellant, v. Forrest.

Argued December 8, 1977. Ellen F. Itskowitz, with her Michael J. Pepe, Jr., for appellant; No appearance entered nor brief submitted for appellee.

Order vacated and case remanded for support hearing.

387 A.2d 112

Commonwealth ex rel. Hamilton, Appellant, v. Hamilton.

Argued December 14, 1977. Richard C. Osterhout, with him Wood and Floge, for appellant; John F. Solomon Jr., for appellee.

Order vacated and case remanded for further hearing.